1  THOMAS R. HOGAN, SBN 042048
   LESLIE HOLMES, SBN 192608
2  HOGAN HOLMES & USOZ LLP
   333 West Santa Clara Street, Suite 800
3  San Jose, California 95113
   Telephone: (408) 292-7600
4
   Attorneys for
5  CHURCH OF SCIENTOLOGY
   LOS GATOS
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DIVISION OF CALIFORNIA

10                    SAN JOSE DIVISION - E-FILING

11  STEVE FUNDERBURG, et al.,        )   Case No. C 02-05461 JW (RS)
                                     )   (Consolidated w/Case No. 03-04006)
12          Plaintiffs,              )
                                     )   NON-PARTY CHURCH OF
13  v.                               )   SCIENTOLOGY LOS GATOS'
                                     )   OPPOSITION TO MOTION TO
14  UNITED STATES OF AMERICA, et al., )   COMPEL
                                     )
15          Defendants.             )    Date:  December 8, 2004
    _____ )    Time: 9:30 a.m.
16  AND RELATED AND                  )   Dept: 4
    CONSOLIDATED ACTIONS             )   Hon. Magistrate Judge Richard Seeborg
17  _____ )

18          Non-party Church of Scientology Los Gatos ("COS-LG") does hereby oppose the United

19  States of America's ("United States") Motion to Compel Documents on the grounds that all

20  records sought under the subpoena have either been produced or do not exist, or now the United

21  States appears to want to modify the category of the requested documents.  The new category of

22  documents are subject to the priest-penitent privilege.

23                          **BACKGROUND TO MOTION**

24          In mid-July, 2004, COS-LG was served with two (2) separate subpoenas purporting to

25  seek relevant information relating to plaintiffs claims against defendants.  One subpoena was

26  issued out of this Court, while the other one was issued out of a Superior Court in California.

27  Both subpoenas sought ten (10) categories of identical documents.  Both subpoenas identified

28

1    Compex Legal Services, Inc. as the deposition officer ("Compex" or "Deposition Officer").

2    After multiple conversations with Compex in July and August, 2004, COS-LG was able

3    to confirm the dates of service and an extension of time to produce responsive records.  The

4    delay in producing the responsive records was due to COS-LG's two moves within a relatively

5    short period of time and the difficulty in locating documents some of which still were in boxes

6    after the last move.

7    On August 26, 30, and 31, October 4, and most recently as today, November 17, 2004,

8    COS-LG has advised of the availability and/or produced responsive records to the Deposition

9    Officer.

10   COS-LG has produced all documents responsive to the subpoena which are in its

11   possession, custody or control, even those which COS-LG had objected to based upon the fact

12   that the records contained personal financial information of Steven Funderburg ("Funderburg")

13   after confirming with Funderburg's counsel that Funderburg was waiving any objection to the

14   production.

15   As to the remaining category of documents, COS-LG, in August, 2004, advised the

16   Deposition Officer that "no such documents exist."

17                                  **ARGUMENT**

18   **THE DEPONENT DOES NOT HAVE RECORDS RELATING TO
     MENTAL HEALTH COUNSELING (INCLUDING BUT NOT LIMITED**
19   **TO PSYCHOTHERAPY).**

20   COS-LG is a non-profit religious organization.  COS-LG provides religious services to its

21   congregation.  It does not provide mental health counseling, mental health therapy or

22   psychotherapy and does not have any records relating to such activities pertaining to

23   Funderburg, decedent Susan Booth or her son Mark Booth.

24   Requests Nos. 8, 9 and 10 of the two subpoenas seek:

25   All DOCUMENTS that evidence mental health counseling (including but not
     limited to psychotherapy) provided to [ ] by, on behalf of or by arrangement or
26   referral through the Church of Scientology from January 1, 1999 to the present.

27   ///

28

1   COS-LG can not produce documents if no such documents exist.  COS-LG has

2   attempted to produce all responsive documents required under the subpoena.

3   On or about October 13, 2004, in a telephone conversation with counsel for the United

4   States, COS-LG again advised that there were no responsive documents to categories 8, 9 and 10

5   of the subpoena.  During this conversation, counsel for the United States indicated that

6   Funderburg had testified during his deposition, which COS-LG did not participate, that he

7   received "counseling" from the Church and participated in auditing processes which were

8   recorded.  COS-LG requested that counsel provide the portions of the transcript that described

9   what Funderburg testified to relating to the "counseling" or "auditing".

10   Thereafter, counsel for the United States wrote a letter memorializing the gist of the

11   telephonic conversation but did not include the relevant deposition testimony of Funderburg.

12   Based upon the information received, and what is a modification of the subpoena

13   requests, COS-LG asserts that the records relating to "auditing" are privileged communications

14   under the clergy-penitent privilege.  COS-LG has advised counsel that it is asserting this

15   privilege as to these records.

16   "Auditing" is the confessional processes of the Scientology religion.  The communications

17   between the parishioner and the auditor are strictly confidential.  The records and/or notes of the

18   communications are securely kept in locked cabinets outside of all other files and  are placed in

19   file folders entitled "clergy-penitent privileged communication."

20   Federal Rule of Evidence 501 provides that "in civil actions . . . the privilege of a witness,

21   person, . . . shall be determined in accordance with State law.  Fed. Rule Evid. 501.  California

22   recognizes the Clergy Penitent Privilege.  *See,* Evid. Code. Section 1030, *et seq.*  The

23   communications during "auditing" is a "penitential communication" as defined by Evidence Code

24   Section 1032.  Specifically, "auditing" is a means of communication between a church

25   parishioner ("Penitent") and the auditor ("Member of the Clergy") in the course of the doctrine

26   of the organization and the communications are confidential.

27   ///

28

1    COS-LG asserts this privilege relating to the notes and records of the auditing sessions

2    between Funderburg and/or the Booths and the auditor(s) pursuant to Evidence Code Section

3    1034.  In communications between COS-LG and counsel for Funderburg, COS-LG understands

4    that at no time has Funderburg waived any privilege that he may have relating to the notes

5    and/or records of the auditing sessions.  This has been confirmed in a writing COS-LG received

6    from counsel for defendant State of California.

7    COS-LG will be available to answer any questions relating to the "auditing" process at

8    the time of the hearing on this matter if necessary.

9                                                    **CONCLUSION**

10    Based upon the foregoing, COS-LG respectfully submits that it has complied with all of

11    the subpoena requests to which it had responsive documents.  As to the remaining items sought,

12    COS-LG asserts it does not have any documents.  With regard to the modifications sought by the

13    United States, COS-LG asserts that the documents relating to "auditing" are penitential

14    communications and are privileged.

15

16    Dated: November 17, 2004                          HOGAN HOLMES & USOZ LLP

17

18                                                      _____
                                                        THOMAS R. HOGAN
19                                                      LESLIE HOLMES

20                                                      Attorneys for Non-Party
                                                        CHURCH OF SCIENTOLOGY
21                                                      LOS GATOS

22

23

24

25

26

27

28

COS-LG  OPPOSITION TO
MOTION TO COMPEL                           - 4 -                    Case No. 02-05461 JW (RS)