UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FUNDERBURG, ROBERT DALE BOOTH, Guardian ad Litem for MARK DEXTER BOOTH, a minor, and MARK SAJJADI, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C02-05461 JW<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**<br><br>Date: November 9, 2005<br>Time: 9:00 a.m.<br>Courtroom: 8, 4TH fl.<br>Hon. James Ware |

The Petition to Approve Minor's Compromise came on for hearing before this Court on the above date and time. Pursuant to that Petition,

IT IS HEREBY ORDERED:

1) Funds received from the Trust Account of Law Offices of David S. Rand, in the amount of $1,142,494.99, shall be deposited in a blocked account, in the name of Robert Dale Booth, trustee, for Mark Dexter Booth, a minor.

2) As soon as reasonably practical after deposit, the funds shall be used to purchase United States Treasury Notes in an aggregate amount as close as reasonably practical to

ORDER RE: MINOR'S COMPROMISE — CASE NO. C02-05461JW

1  the total sum deposited, less an amount equal to taxes anticipated on interest earned from
2  said account. The Treasury bills shall have a maturity date as close as reasonably
3  practical to the 18th birthday of Mark Dexter Booth, whose date of birth is 9/6/89.
4  Remaining amounts shall be deposited into an FDIC insured interest earning account.

5      3) The blocked account belongs to a minor. No withdrawals of principal or interest,
6  except in amounts necessary to pay taxes on interest earned from said account, shall be
7  made from the blocked account without a written order under this case name and number,
8  singed by a judge, and bearing the seal of this court, until the minor attains the age of 18
9  years. When the minor attains the age of 18 years, the depository, without further order
10 of this Court, is authorized and directed to pay by check or drat directly to the former
11 minor, upon proper demand, or into a trust account, as directed by the minor, all moneys
12 including interest deposited under this order. The money on deposit is not subject to
13 escheat.

14     4) The Petitioner and the Petitioner's attorney shall deliver a copy of this order to
15 the depository in which funds are deposited under this order. The depository's
16 acknowledgement of receipt of the order and the funds shall be filed with this court
17 within 15 days of deposit.

20 IT IS SO ORDERED.
21     Dated: November 9, 2005

*/s/ James Ware*
Hon. James Ware
Judge, United States District Court
Northern District of California